FILED
CLERK, U.S. DISTRICT COURT

OCT 27 2015

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Valerie Russo, | CASE NUMBER |
|---|---|
| PLAINTIFF(S) | CV 14-03184-ODW-JCG |
| v. | |
| APL Marine Services, Ltd. et al., | **JUDGMENT ON THE VERDICT FOR DEFENDANT(S)** |
| DEFENDANT(S). | |

This action having been tried before the Court sitting with a jury, the Honorable Otis D. Wright, II District Judge, presiding; the issues having been duly tried and the jury having duly rendered its verdict.

IT IS ORDERED AND ADJUDGED that the plaintiff(s):

Valerie Russo

take nothing; that the action be dismissed on the merits; and that the defendant(s):

APL Marine Services, Ltd. et al.,

recover of the plaintiff(s) its costs of action, taxed in the sum of: to be determined upon the filing of a properly noticed bill of costs.

Clerk, U. S. District Court

Dated: 10/27/15

By _Sheila English_
Deputy Clerk

At: _____

cc:   Counsel of record

CV-44 (11/96)          JUDGMENT ON THE VERDICT FOR DEFENDANT(S)